# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alejandro, Jonathan R.

## DEFENDANTS
Freedom Mortgage Corporation

**(b)** County of Residence of First Listed Plaintiff: Montgomery County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Burlington County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | [x] 371 Truth in Lending | | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1601-1667f

Brief description of cause: Willfully & knowingly violated my right to rescind and didn't include homeowners insurance in finance charge

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 03/08/2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Alejandro, Jonathan R
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Freedom Mortgage Corporation
_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Alejandro, Jonathan R.
             Street Address    320 W. Furnance St. Apt 2
             County, City      Montgomery, Norristown
             State & Zip Code  Pennsylvania 19401
             Telephone Number  610-818-5549

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Freedom Mortgage Corporation
Street Address 907 Pleasant Valley Ave Suite 3
County, City Burlington County, Mount Laurel
State & Zip Code New Jersey 08054

Defendant No. 2
Name ___
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 3
Name ___
Street Address ___
County, City ___
State & Zip Code ___

Defendant No. 4
Name ___
Street Address ___
County, City ___
State & Zip Code ___

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions        ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Truth In Lending Act - 15 USC 1601-1667f
Fair Debt Collections Practices Act - 15 USC 1692

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? *My claim occurred at 2125 Bethel Road, Lansdale PA 19446*

B. What date and approximate time did the events giving rise to your claim(s) occur? *My claim occurred on 07/01/2020 between 10am and 12pm*

C. Facts: *See Attached*

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *See Attached

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
*See Attached

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 8th day of March, 2022.

Signature of Plaintiff _(signature)_
Mailing Address 320 W. Furnace St. Apt 2
Norristown, PA 19401

Telephone Number 610-618-5549
Fax Number *(if you have one)* _____
E-mail Address mixologypainting@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

Alejandro, Jonathan R.

320 W Fornance St Apt 2

Montgomery County, Norristown

Pennsylvania 19401

610-818-5549

III. Statement of Claim Continued

C.

I was never given notice of my right to rescind and all the required material disclosures including the billing right statement for this consumer credit transaction. I was denied my consumer right to make an intelligent informed decision concerning this consumer credit transaction.

I was never given notice that the finance charge was the sum of all charges for the entire consumer credit transaction. I was denied this disclosure, leading me to believe that I had to purchase my own homeowner's insurance and pay interest monthly.

I was coerced and forced to give a cash down payment on a credit transaction that involved a finance charge, inducing more stress on my livelihood.

My credit report has been sabotaged due to the fraudulent reporting from Freedom Mortgage Corporation. They have defamed my character and sunk my credibility preventing me from acquiring new assets because my credit has been negatively affected from this fraud.

I have been harassed nonstop almost every day at my workplace interfering with my work production, and at home interfering with my sleep schedule by calling my phone continuously.

My consumer rights have been stepped on and ignored by Freedom Mortgage Corporation repeatedly for not adhering to my cease-and-desist order and responding to my debt validation letter.

I've been fraudulently tricked into believing I owe this alleged debt when the transaction became void when Freedom Mortgage Corporation violated federal laws.

I've been fraudulently coaxed into giving my social security number for this consumer credit transaction when there is no lawful money in circulation.

I've been fraudulently coaxed into believing I was given a loan, when financial institutions can't loan any money because they are the borrowers.

I've been threatened adamantly by Freedom Mortgage Corporation that they will foreclose on my house due to non-payment through the mails.

I have been denied my right for an audit trail and the original contract with 2 wet ink signatures, I requested.

Alejandro, Jonathan R.

320 W Fornance St Apt 2

Montgomery County, Norristown

Pennsylvania 19401

610-818-5549

Freedom Mortgage Corporation hasn't acknowledged my recission paperwork that they received on 01/04/2022.

Freedom Mortgage Corporation unlawfully didn't disclose my right to recission along with the required material disclosures including the billing rights statement in this consumer credit transaction.

Freedom Mortgage Corporation unlawfully didn't disclose the finance charge which is the sum of all charges and includes homeowners' insurance, interest, in this consumer credit transaction.

Freedom Mortgage Corporation unlawfully took a cash down payment on this credit transaction that involved a finance charge.

Freedom Mortgage Corporation unlawfully reports late payments to the credit reporting agencies.

Freedom Mortgage willfully and knowingly failed to provide required all material disclosures in this consumer credit transaction.

Freedom Mortgage Corporation unlawfully disregards my debt validation letter that they received on 12/15/2021 and harasses me almost every day with phone calls without providing sufficient amount of information to do an assessment of the transaction and to validate the alleged debt.

Freedom Mortgage Corporation unlawfully communicates false information about the account to credit reporting agencies and failed to inform them of the disputed alleged debt.

Freedom Mortgage Corporation unlawfully disregards the cease-and desist order that they received on 12/15/2021and has repeatedly tried to communicate by calling my phone without first, validating the alleged debt in question and sending an audit trail.

Freedom Mortgage Corporation unlawfully uses obscene, profane, and abusive language against me in this consumer credit transaction.

Freedom Mortgage Corporation unlawfully furnished deceptive forms giving me the false inclination they loaned me their money.

Freedom Mortgage unlawfully asked for my social security number for this consumer credit transaction.

Freedom Mortgage Corporation unlawfully uses unfair practices to collect on the alleged debts.

Alejandro, Jonathan R.

320 W Fornance St Apt 2

Montgomery County, Norristown

Pennsylvania 19401

610-818-5549

Freedom Mortgage Corporation unlawfully has a false representation of the character and positive amounts of the alleged debts.

Freedom Mortgage Corporation unlawfully furnished forms which created the false belief that I owe this alleged debt.

Freedom Mortgage Corporation unlawfully uses a logo in the paperwork which indicates they are in the debt collection business.

Freedom Mortgage Corporation unlawfully contacted me at an unusual time.

Freedom Mortgage Corporation unlawfully caused the telephone to ring with intent to harass at the called number.

Freedom Mortgage Corporation unlawfully contacted my place of employment without prior consent.

Freedom Mortgage Corporation unlawfully threatened to foreclose on the house due to nonpayment of alleged debt.

Freedom Mortgage Corporation unlawfully accepted payments towards the alleged debt.

Freedom Mortgage Corporation refuses to give me the audit trail and original contract with 2 wet ink signatures I requested.

Finance of America was the original lender of this consumer credit transaction. Freedom Mortgage assumed the mortgage note.

IV. Injuries Continued

I have sustained physical, emotional, mental, and spiritual injuries related to the consumer credit transaction with Freedom Mortgage Corporation. I have not been able to be approved for any new credit cards and can't acquire any new assets with my current credit score due to it being fraudulently reported with inaccurate information from Freedom Mortgage Corporation. I've suffered anxiety attacks and don't have the ability to concentrate on work because of Freedom Mortgage Corporation repeatedly harassing me by calling my phone almost every day and threatening to foreclose on my house. I've been feeling depressed and mental anguish which has led to me become suicidal, effectively stopping me from conceiving a child with my wife. Most days I wake up and feel like I have no hope left on life itself because my consumer rights are not

Alejandro, Jonathan R.

320 W Fornance St Apt 2

Montgomery County, Norristown

Pennsylvania 19401

610-818-5549

being upheld and are being ignored, pushed aside, and stepped on constantly by Freedom Mortgage Corporation

V. Relief Continued

I want the court to have Freedom Mortgage Corporation pay my attached invoice of $1,654,077.70 for federal violations that include TILA and FDCPA.

I want the court to have Freedom Mortgage Corporation to grant me my original deed and title free and clear of all liens due to willfully and knowingly committing fraud in this consumer credit transaction.

I want the court to have Freedom Mortgage Corporation cease all legal activity and infringement of my intellectual property due to the transaction being void due to fraud being committed in this consumer credit transaction.

I want the court to have Freedom Mortgage Corporation zero out the balance on this account due to the consumer credit transaction being paid for as soon as the consumer credit transaction paperwork bared my signature and committing fraudulent federal violations committed by Freedom Mortgage Corporation.

I want the court to have Freedom Mortgage Corporation positively report the account in good standing to the credit reporting agencies, nunc pro tunc, due to the consumer having the ultimate right for determining what is and isn't furnished on their credit reports.

I want the court to have Freedom Mortgage Corporation discharge the alleged debt due to nonresponse to the Conditional Acceptance Letter terms & conditions.