### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN ALEJANDRO** : | |
| : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 22-900** |
| : | |
| **FREEDOM MORTGAGE** : | |
| **CORPORATION** *et al.* : | |

### ORDER

This 30th day of August, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 27, 29, are **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED** with prejudice**.**

By virtue of this dismissal, Plaintiff's Motion for Discovery, ECF 30, and Motion to Compel Arbitration, ECF 34, are **DENIED** as moot.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge